**Electronically Filed
Intermediate Court of Appeals
28342
15-FEB-2011
07:57 AM**

NO. 28342

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DANE SCOTT COOPER, Plaintiff-Appellant, v.
BILLIE MILLER-COOPER, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 05-1-0280)

ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant's Motion for Reconsideration filed February 7, 2011 seeking reconsideration of the Memorandum Opinion filed January 27, 2011, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, February 15, 2011.

Chief Judge

Associate Judge

Associate Judge